**Opinion issued April 9, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-23-00851-CV

————————————

**KARIMA CHAMI, Appellant**

**V.**

**AHMAD ABUNAMOUS, Appellee**

On Appeal from the 280th District Court
Harris County, Texas
Trial Court Case No. 2023-59412

## MEMORANDUM OPINION

Appellant Karima Chami has filed a motion to dismiss her appeal. Because the motion lacked a certificate of conference, the Court held the motion for 10 days to allow appellee to respond or oppose the motion. No response or opposition was filed.

We grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a).

Any other pending motions are dismissed as moot.

## PER CURIAM

Panel consists of Justices Kelly, Countiss, and Rivas-Molloy.